FILED
SEP 14 2017
Clerk, U.S. Courts
District Of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DORIS M. MAZANARES,<br><br>Defendant. | 2:17-PO-5012-JCL<br>CVB Violation No:<br>FBCX0045<br><br><br>ORDER |

Defendant was directed to appear before the Court on September 14, 2017, to answer to the above-referenced violation notice.

Defendant telephoned the Court on September 11, 2017, and advises she wishes to simply pay the $230.00 collateral as set forth on the violation notice. However, she requested that she be allowed to make monthly payments of $35.00 each month.

**ACCORDINGLY, IT IS ORDERED** Defendant may forfeit collateral, and shall do so by making monthly payments of $35.00 each. Defendant shall make her payments on or before the 30th day of each month beginning on September 30, 2017, and continuing thereafter until paid in full. Her final $20.00 payment will

ORDER - Page 1

be due on or before March 30, 2018.

Defendant is directed to make her payments to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure the payments are credited to the proper violation notice, Defendant's payment(s) shall reference the violation notice number listed above.

Alternatively, Defendant may make payments through the website at www.cvb.uscourts.gov.

This matter will remain open pending the Court's receipt of notification from the Central Violations Bureau stating that Defendant has made her payments. Once the final payment has been received this matter will be closed.

The Clerk of Court is directed to forward a copy of this Order to Defendant at PO Box 425, Darby, MT 59829, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549.

Once CVB has received the full $230.00 it shall enter **PF** as the disposition code.

Defendant is advised that if she fails to pay the collateral as ordered the Court may issue a warrant for her arrest.

DATED this 18th day of September, 2017

_____
Jeremiah C. Lynch
United States Magistrate Judge

c: USA
Def
CVB

ORDER - Page 3